## (May 11, 1961)

■ DOROTHY HAMER, Respondent, v. JAMES HAMER, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal from judgment, granted on the following conditions: (1) that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961, appeal ordered on the calendar for said term; (2) that appellant shall pay the current alimony of $40 a week; (3) that within 10 days after entry of the order hereon, appellant shall pay $100 on account of the counsel fee; and (4) that within said 10-day period appellant shall file an undertaking for $1,000, with corporate surety, to pay any balance of alimony and counsel fee in the event the judgment appealed from be affirmed or the appeal be dismissed. The record and appellant's brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ALFONSO GRILLO, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion by respondent to dismiss proceeding and to vacate stay denied, on condition that petitioner perfect the proceeding and be ready to argue or submit it at the September Term, beginning September 6, 1961; proceeding ordered on the calendar for said term. The record and petitioner's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of PETER G. MOORE et al., Appellants-Respondents, v. GEORGE D. BURCHELL et al., Constituting the Town Board of the Town of Mamaroneck, Respondents, and GREW PROPERTIES, INC., Respondent-Appellant. — Motion by petitioners to add appeals to the June Term Calendar, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ RAMON MARTY, Respondent, v. EDOUARDA MARTY, Appellant.— Motion by appellant to extend time to file the record on appeal and brief to May 12, 1961, instead of May 5, 1961 as provided in the order of this court made April 10, 1961 granting appellant's motion for a stay pending the hearing and determination of the appeal. On the consent of the parties the appeal is adjourned to the September Term, commencing September 6, 1961; the appeal is ordered to be placed on the calendar for such term; and the record on appeal and the appellant's brief are directed to be served and filed on or before July 1, 1961. The stay contained in the order of this court entered April 10, 1961, is continued. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.